GREATER NEW YORK CARPET HOUSE, INC., v. FLORENCE HERSCHMANN, Also Known as FLORA HERSCHMANN, as Executrix, etc., of EMIL M. HERSCHMANN, Deceased.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See 258 App. Div. 649.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS LOAN AND TRUST COMPANY), as Trustee, etc., of LILLIA M. BEARNS, Deceased, and of the Application for a Construction of Said Will. CITY BANK FARMERS TRUST COMPANY, as Trustee, etc. JOSEPH H. BEARNS and Others, as Surviving Substituted Trustees, etc.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 954.] Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

WANETA W. STROUT v. CROSS, AUSTIN & IRELAND LUMBER COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HELEN BROOKS and 65 Others against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present —Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of KATHLEEN E. BRENNAN and Others against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of GLADYS M. BEGGS and Others for an Order against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES A. ALBANESE and 13 Others for an Order against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

DAVID S. STERN CORPORATION v. JACKSON TRADING CO., INC.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SOPHIA RUDNICK and ROSE DRUKER v. SAMUEL BISCHOFF.— Motion for leave to appeal to the Court of Appeals or for a reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., O Malley, Townley, Glennon and Untermyer, JJ.

EMANUEL M. BERKENFELD v. CHELSEA FIREPROOF STORAGE WAREHOUSES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.